**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JOSE LUIS PASTOR and MOISES AGUILA
RAMIREZ, individually and on behalf of
others similarly situated,

                *Plaintiffs*,

-against-

BATTERY PARK CLEANERS INC. (D/B/A
BATTERY PARK CLEANERS) and DONG
S. SONG,

                *Defendants.*
---------------------------------------------------------X

**21-cv-02720-VSB**

**NOTICE OF MOTION FOR**
**DEFAULT JUDGMENT**

## NOTICE OF MOTION

      Please take notice that, upon the annexed declaration of James O. LaRusso, Esq., and attached exhibits, and the declarations of Plaintiff Jose Luis Pastor and Plaintiff Moises Aguila Ramirez, and all prior papers and proceedings in this case, the Plaintiffs, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners) and Dong S. Song.

      Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       July 9, 2021

                                          MICHAEL FAILLACE & ASSOCIATES, P.C.

                                          By:   */s/ James O. LaRusso*
                                                  James O. LaRusso
                                                  60 East 42nd Street, Suite 4510
                                                  New York, New York 10165
                                                  (212) 317-1200
                                                  *Attorneys for Plaintiffs*

To:

Defendant Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners)
2 South End Avenue
New York, NY 10280

Dong S. Song
2 South End Avenue
New York, NY 10280