**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JOSE LUIS PASTOR and MOISES AGUILA
RAMIREZ, individually and on behalf of
others similarly situated,

            *Plaintiffs*,

-against-

BATTERY PARK CLEANERS INC. (D/B/A
BATTERY PARK CLEANERS) and DONG
S. SONG,

            *Defendants.*
--------------------------------------------------------X

21-cv-02720-VSB

**DEFAULT JUDGMENT**

## **JUDGMENT**

This action was commenced on March 30, 2021 (Doc. No. 1). Summonses were issued as to Defendant Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners) and Defendant Dong S. Song on March 31, 2021 (Doc. Nos. 4, 5). Service was then made on Defendant Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners) on April 5, 2021 (*see* Doc. No. 11). Service was then made on Defendant Dong S. Song on April 8, 2021 (*see* Doc. No. 12).

To date Defendant Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners) and Defendant Dong S. Song have failed to answer the Complaint or otherwise appeared or moved with respect to this action. The Clerk of this Court has certified the default of Defendant Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners) and Defendant Dong S. Song (Doc. Nos. 17, 18). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the plaintiffs have judgment joint and severally against the Defendant Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners) and Defendant Dong S. Song, in the amount of

- 2 -

$109,751.20, including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $40,987.50, (B) liquidated damages for unpaid minimum wages and overtime compensation under the FLSA/NYLL in the amount of $40,987.50, (C) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000 each, for a total of $20,000, and (D) pre-judgment interest on unpaid minimum wages and overtime calculated at the rate of 9% per annum until to the date of judgment, and totaling $7,776.20 as of July 9, 2021.

That the Plaintiff is awarded attorney's fees in the amount of $3,555.00, and costs in the amount of $554.00,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:        New York, New York
              _____, 2021

_____
VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on
_____.

- 3 -

To:

Defendant Battery Park Cleaners, Inc. (d/b/a Battery Park Cleaners)
2 South End Avenue
New York, NY 10280


Dong S. Song
2 South End Avenue
New York, NY 10280